No. 3389. STATE *v.* O'DONNELL, April Term, 1894. Consent order reversing judgment below, and quashing the indictment against defendant for selling liquor. Order signed and filed May 31, 1894.